Clifford **JEFFERSON**, Appellant,

v.

**Harley O. TEETS, Warden of the Califor-
nia State Prison at San Quentin,
California, Appellee.**

No. 15558.

United States Court of Appeals
Ninth Circuit.

No. 15, 1957.

Clifford Jefferson, in pro. per.

A. J. Zirpoli, San Francisco, Cal., for appellant.

Edmund G. Brown, Atty. Gen., Clarence A. Linn, William M. Bennett, Deputy Attys. Gen., State of California, for appellee.

Before HEALY, POPE, and FEE, Circuit Judges.

PER CURIAM.

Affirmed on authority of Duffy v. Wells, 9 Cir., 201 F.2d 503.